UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA          :

                             :

          v.                 :        7:26 CR 311 (PMH)

                             :

JAVIER HERNANDEZ ROSAS,    :        **ORDER**

                             :

          Defendant.       :

-------------------------------------------------------------------x

At the sentencing hearing on June 22, 2026, and for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, Defendant is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: White Plains, New York
       June 22, 2026

                             SO ORDERED:

                             _____

                             Philip M. Halpern
                             United States District Judge